UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil File No. 02-CV-274/DSD/SRN

Spencer Allan Roger

Plaintiff,

vs.

**STIPULATION TO AMEND SCHEDULING ORDER** AND ORDER

City of Oakdale,
William Sullivan (in his individual capacity and in his official capacity as City of Oakdale Chief of Police),
Matt Arntzen (in his individual capacity),
Jake Riley (in his individual capacity),
Rolf Hagland (in his individual capacity),
Karin LaTour (in her individual capacity), and
John Hutton (in his individual capacity),

Defendants.

WHEREAS, a pretrial Scheduling Order was filed on May 14, 2002, in this matter; and

WHEREAS, the Scheduling Order provided for expert witness disclosures by Plaintiff on October 1, 2002, and by Defendants by December 1, 2002; and

WHEREAS, in order to provide the full expert witness disclosures, it is necessary for the parties to have substantially completed discovery; and

WHEREAS, discovery has not been completed as quickly as the parties had anticipated at the time the Scheduling Order was filed; and

WHEREAS, the parties believe a 30-day extension will allow sufficient time to complete adequate discovery in order to provide full expert witness disclosures.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE the pretrial Scheduling Order filed on May 14, 2002, should be amended to extend the deadlines for expert witness disclosures to the following:

| | |
|---|---|
| November 1, 2002 | By Plaintiff |
| January 1, 2003 | By Defendants |

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**DESMOND LAW OFFICE, P.A.**

Dated: SEPTEMBER 23, 2002

By______________________________

Allen R. Desmond, #158227
ATTORNEYS FOR PLAINTIFF
Pillsbury Tower, Suite 1450
200 South 6th Street
Minneapolis, Minnesota 55402-1403

Telephone: 612-335-9390
Facsimile: 612-339-5765

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

Dated: Sept 25, 2002

By______________________________

Joseph E. Flynn
ATTORNEYS FOR DEFENDANTS
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, Minnesota 55042

Telephone: 651-290-7416
Facsimile: 651-223-5070

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil File No. 02-CV-274/DSD/SRN

Spencer Allan Roger

Plaintiff,

vs.

**ORDER AMENDING SCHEDULING ORDER**

City of Oakdale,
William Sullivan (in his individual capacity and in his official capacity as City of Oakdale Chief of Police),
Matt Arntzen (in his individual capacity),
Jake Riley (in his individual capacity),
Rolf Hagland (in his individual capacity),
Karin LaTour (in her individual capacity), and
John Hutton (in his individual capacity),

Defendants.

Pursuant to the parties' Stipulation to Amend Scheduling Order, the pretrial Scheduling Order filed on May 14, 2002, is hereby amended to provide the following extended deadlines for the parties to make expert witness disclosures:

| | |
|---|---|
| November 1, 2002 | By Plaintiff |
| January 1, 2003 | By Defendants |

Dated: September 27, 2002

Susan Richard Nelson
Susan Richard Nelson
UNITED STATES MAGISTRATE JUDGE