AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Spencer Allan Roger

V.

City of Oakdale, William Sullivan in his individual capacity and in his official capacity as City of Oakdale Chief of Police, Matt Arntzen, in his individual capacity, Jack riley, in his individual capacity, Rolf Hagland, in his individual capacity, Karin LaTour, in her individual capacity, and John Hutton, in his individual capacity.

## JUDGMENT IN A CIVIL CASE

Case Number: 02-274 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
That the motion for summary judgment is granted.

July 1, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Marcy Bruckelmyer, Deputy Clerk

Modified:03/10/03